J-S53007-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| IN THE INTEREST OF: A.E., A MINOR | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| v. | |
| APPEAL OF: A.E., A MINOR | |
| | No. 1793 MDA 2015 |

Appeal from the Dispositional Order September 9, 2015
In the Court of Common Pleas of Dauphin County
Juvenile Division at No(s): CP-22-JV-0000440-2015

BEFORE:  BOWES, SHOGAN AND FITZGERALD,* JJ.

JUDGMENT ORDER BY BOWES, J.:                **FILED SEPTEMBER 21, 2016**

A.E., a minor, appeals from the September 9, 2015 dispositional order imposed following his adjudication of delinquency for conduct constituting possession of a prohibited offensive weapon.  We affirm.

The underlying facts, statement of questions presented, and argument in this appeal are substantially identical to that in a companion appeal involving R.A.F., a minor, and we incorporate them herein.  We have addressed and disposed of those arguments in our opinion in ***In the Interest of: R.A.F., a Minor*** at No. 1755 MDA 2015, and that decision is controlling herein.

_____
* Former Justice specially assigned to the Superior Court.

Dispositional order affirmed.

Judgment Entered.

_Joseph D. Seletyn_

Joseph D. Seletyn, Esq.
Prothonotary

Date: 9/21/2016